RECEIVED IN CLERK'S OFFICE
U.S.D.C. Atlanta

NOV 0 4 2016

JAMES N. HATTEN, Clerk
By: S. B4v Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
_____ DIVISION

Desiree Jordan-Philadelphia
(Print your full name)

Plaintiff *pro se*,

v.

Pat Lowe
Atlanta Medical Center
wellstar

_____

(Print full name of each defendant; an employer is usually the defendant)

Defendant(s).

CIVIL ACTION FILE NO.

**1:16-CV-4142**

(to be assigned by Clerk)

## PRO SE EMPLOYMENT DISCRIMINATION COMPLAINT FORM

### Claims and Jurisdiction

1. This employment discrimination lawsuit is brought under (check only those that apply):

   ✓  Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e *et seq.*, for employment discrimination on the basis of race, color, religion, sex, or national origin, or retaliation for exercising rights under this statute.

   **NOTE:** To sue under Title VII, you generally must have received a notice of right-to-sue letter from the Equal Employment Opportunity Commission ("EEOC").

Page 1 of 9

_____    Age Discrimination in Employment Act of 1967, 29 U.S.C. §§ 621 et seq., for employment discrimination against persons age 40 and over, or retaliation for exercising rights under this statute.

> **NOTE**: To sue under the Age Discrimination in Employment Act, you generally must first file a charge of discrimination with the EEOC.

_____    Americans With Disabilities Act of 1990, 42 U.S.C. §§ 12101 et seq., for employment discrimination on the basis of disability, or retaliation for exercising rights under this statute.

> **NOTE**: To sue under the Americans With Disabilities Act, you generally must have received a notice of right-to-sue letter from the EEOC.

_____    Other (describe) _____

_____

_____

_____

_____

2.  This Court has subject matter jurisdiction over this case under the above-listed statutes and under 28 U.S.C. §§ 1331 and 1343.

## Parties

3. Plaintiff.   Print your full name and mailing address below:

   Name      Desiree Jordun-Philadelphia

   Address   1068, Redan Trail Stone Mountain Georgia 30088

4. Defendant(s).   Print below the name and address of each defendant listed on page 1 of this form:

   Name      _____
   Address   _____
             _____

   Name      _____
   Address   _____
             _____

   Name      _____
   Address   _____
             _____

## Location and Time

5. If the alleged discriminatory conduct occurred at a location different from the address provided for defendant(s), state where that discrimination occurred:

   _____
   _____

6. When did the alleged discrimination occur? (State date or time period)

   On Monday June-13 2016 at 630 PM

### Administrative Procedures

7. Did you file a charge of discrimination against defendant(s) with the EEOC or any other federal agency?  ✓ Yes   ___ No

   If you checked "Yes," attach a copy of the charge to this complaint.

8. Have you received a Notice of Right-to-Sue letter from the EEOC?

   ✓ Yes   ___ No

   If you checked "Yes," attach a copy of that letter to this complaint and state the date on which you received that letter: Aug -9- 2016

9. If you are suing for **age discrimination**, check one of the following:

   ___ 60 days or more have elapsed since I filed my charge of age discrimination with the EEOC

   ___ Less than 60 days have passed since I filed my charge of age discrimination with the EEOC

10. If you were employed by an agency of the State of Georgia or unsuccessfully sought employment with a State agency, did you file a complaint against defendant(s) with the Georgia Commission on Equal Opportunity?

    \_\_\_\_ Yes    \_\_✓\_\_ No    \_\_\_\_ Not applicable, because I was not an employee of, or applicant with, a State agency.

    If you checked "Yes," attach a copy of the complaint you filed with the Georgia Commission on Equal Opportunity and describe below what happened with it (i.e., the complaint was dismissed, there was a hearing before a special master, or there was an appeal to Superior Court):

    _____

    _____

    _____

    _____

11. If you were employed by a Federal agency or unsuccessfully sought employment with a Federal agency, did you complete the administrative process established by that agency for persons alleging denial of equal employment opportunity?

    \_\_\_\_ Yes    \_\_✓\_\_ No    \_\_\_\_ Not applicable, because I was not an employee of, or applicant with, a Federal agency.

    If you checked "Yes," describe below what happened in that administrative process:

    _____

    _____

    _____

    _____

## Nature of the Case

12. The conduct complained about in this lawsuit involves (check only those that apply):

    \_\_\_\_ failure to hire me
    \_\_\_\_ failure to promote me
    \_\_\_\_ demotion
    \_\_\_\_ reduction in my wages
    \_\_\_\_ working under terms and conditions of employment that differed from similarly situated employees
    \_\_\_\_ harassment
    \_\_\_\_ retaliation
    \_\_\_\_ termination of my employment
    \_\_\_\_ failure to accommodate my disability
    \_\_\_\_ other (please specify) _____

13. I believe that I was discriminated against because of (check only those that apply):

    \_\_\_\_ my race or color, which is _____
    \_\_\_\_ my religion, which is _____
    \_\_\_\_ my sex (gender), which is    \_\_\_\_ male    ✓ female
    \_✓\_ my national origin, which is _____
    \_\_\_\_ my age (my date of birth is _____)
    \_\_\_\_ my disability or perceived disability, which is:

    \_\_\_\_ my opposition to a practice of my employer that I believe violated the federal anti-discrimination laws or my participation in an EEOC investigation

    \_\_\_\_ other (please specify) _____

14. Write below, as clearly as possible, the essential facts of your claim(s). Describe specifically the conduct that you believe was discriminatory or retaliatory and how each defendant was involved. Include any facts which show that the actions you are complaining about were discriminatory or retaliatory. Take time to organize your statements; you may use numbered paragraphs if you find that helpful. Do not make legal arguments or cite cases or statutes.

I went to work on Monday June 13 at 6:00 PM I went in the break room Waiting on my time to work. There were Pat Low and Joe Ferman was Sitting at the table in the break room So I sit opp Joe Ferman and we were Speaking to each other Then I Showed him Some pitcure I Took out from New York. Joe then asked me If I Saw the Shooting in Florida So my words to him was No. Then Joe Told me is about over 50 person got Shot in the Club. I asked him what type of person is He Joe told me is some white Tom the middle Ease So I Said to him that is bad how did he get the guns in the Club. Then Miss Pat low Start up to Said I dort Know why these people dort go back to There Country So I asked Joe what She talking about Then Miss Pat low Said To me that I Come from A Poor ass Country Guyana, I was starving and On hungry in my Country and Now I think that I all of that. Before that Shad to me in April.

(Attach no more than five additional sheets if necessary; type or write legibly only on one side of a page.)

That she could not stand me and I dom and Stupid.

15. Plaintiff  __✓__  still works for defendant(s)
    _____  no longer works for defendant(s) or was not hired

16. If this is a disability-related claim, did defendant(s) deny a request for reasonable accommodation? ____ Yes  __✓__ No

    If you checked "Yes," please explain: _____

    _____

    _____

    _____

    _____

17. If your case goes to trial, it will be heard by a judge <u>unless</u> you elect a jury trial. Do you request a jury trial? __✓__ Yes ____ No

## Request for Relief

As relief from the allegations of discrimination and/or retaliation stated above, plaintiff prays that the Court grant the following relief (check any that apply):

_____  Defendant(s) be directed to _____

       _____

_____  Money damages (list amounts) _____

       _____

_____  Costs and fees involved in litigating this case

_____  Such other relief as my be appropriate

Page 8 of 9

## PLEASE READ BEFORE SIGNING THIS COMPLAINT

Before you sign this Complaint and file it with the Clerk, please review Rule 11 of the Federal Rules of Civil Procedure for a full description of your obligation of good faith in filing this Complaint and any motion or pleading in this Court, as well as the sanctions that may be imposed by the Court when a litigant (whether plaintiff or defendant) violates the provisions of Rule 11. These sanctions may include an order directing you to pay part or all of the reasonable attorney's fees and other expenses incurred by the defendant(s). Finally, if the defendant(s) is the prevailing party in this lawsuit, costs (other than attorney's fees) may be imposed upon you under Federal Rule of Civil Procedure 54(d)(1).

Signed, this _____ day of _____, 20_____

_DesPhiladelphia_
(Signature of plaintiff *pro se*)

_Desiree Jordan-Philadelphia_
(Printed name of plaintiff *pro se*)

_1068, Redan Trail StoneMountain_
(street address)

_Georgia 30089_
(City, State, and zip code)

_Desiree Philadelphia@gmail.com_
(email address)

_678-510-9153_
(telephone number)

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | [ ] FEPA<br>[X] EEOC | 410-2016-05233 |

and EEOC

_____
State or local Agency, if any

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Desiree Jordan-Philadelphia | (678) 510-9153 | 01-24-1965 |

Street Address: 1068 Redan Trail, Stone Mountain, GA 30088

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| ATLANTA MEDICAL CENTER | 500 or More | (404) 265-6452 |

Street Address: 303 Parkway Dr NE, Atlanta, GA 30312

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
|  |  |  |

Street Address:

DISCRIMINATION BASED ON (Check appropriate box(es).)

[X] RACE  [ ] COLOR  [ ] SEX  [ ] RELIGION  [X] NATIONAL ORIGIN
[X] RETALIATION  [ ] AGE  [ ] DISABILITY  [ ] GENETIC INFORMATION
[ ] OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 06-13-2016     Latest: 06-14-2016
[ ] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I. I was hired by the above named employer on September 6, 2015. My current position title is Patient Care Technician. On June 13, 2016, I was subjected to harassment based upon my race and national origin by that of Pam Lowe (African-American), Patient Care Technician. I complained internally to Alex Mathis (African-American), Supervisor about the discriminatory treatment. Mr. Mathis informed me that he could not get involved because he did not witness the situation. On June 14, 2016, I was given an increased workload by Mr. Mathis that I could not finish, and was subsequently disciplined for insubordination. Following my write-up, I escalated my complaint of discrimination to Human Resources and Executive Management. I was informed that an investigation into Ms. Lowe's actions would take place. However, I have not received communication on the status or outcome of the investigation. Since my complaint, Ms. Lowe does not speak to me, however, my write-up for insubordination was not removed.

II. I believe I have been discriminated against because of my race (Black), my national origin (Guyana), and retaliated against for opposing acts made unlawful under Title VII of the Civil Rights Act of 1964, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Jul 27, 2016
Date — Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)

RECEIVED JUL 27 2016 EEOC-ATDO

EEOC Form 161 (11/09)     **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Desiree Jordan-Philadelphia<br>1068 Redan Trail<br>Stone Mountain, GA 30088 | From: | Atlanta District Office<br>100 Alabama Street, S.W.<br>Suite 4R30<br>Atlanta, GA 30303 |
|---|---|---|---|

[ ]   On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 410-2016-05233 | Trey Pyle,<br>Senior Federal Investigator | (404) 562-6831 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

Bernice Williams-Kimbrough,
District Director

AUG 0 4 2016
*(Date Mailed)*

Enclosures(s)

cc: Sam Storey
Director of Risk Management
WELLSTAR HEALTH SYSTEMS, INC.
793 Sawyer Road
Marietta, GA 30062



# Gmail

Desiree Philadelphia <desireephiladelphia@gmail.com>

---

## Work Incident: 6/13/16-6/14/16

---

**Desiree Philadelphia** <desireephiladelphia@gmail.com>   Wed, Jun 22, 2016 at 2:58 PM
To: jerioth.ndirangu@wellstar.org, chuntey.sumpter@wellstar.org

Hello Jerioth Ndirangu,

**First Incident:**

On Monday- June 13, 2016 at 6:20pm, Joe Ferman, Pat Lowe and I were in the break room. I was showing Mr. Lowe some photos from my trip in New York and we briefly discussed the shooting incident in Orlando, FL. Ms. Lowe jump into our conversation and made racial remarks about the shooter and people in general whom migrated to the United States from other countries.

Ms. Lowe went on and made racial remarks about my ethnicity and culture. For example, she stated that my country is very poor, dirty, stuffers from starvation, I should go back to my country (Guyana), and I think of myself as better than Americans. At this point, my supervisor (Alex Mathis) came on shift and I informed him of the racial remarks made by Ms. Lowe. Mr. Mathis stated that there was nothing he could do because he did not witness the incident between Ms. Lowe and myself.

**Second Incident:**

On Monday night- June 13, 2016 around 10:00pm, I was working with a patient that was isolated. The company phone rings, but I could not answer it because I had on protected gown, then Mr. Mathis came into the patient's room to inform me that I have another patient that needs some assistance. I suggested that he ask another tech, nurse or could he assists the other patient because I was in the middle of assisting someone.

Later that night/early morning around 3:00am (June 14), I was working with about 10 patients and while the other techs had 9 patients. Mr. Mathis called me again and request that I assist with another patient that was coming up. Per his request, I assisted the additional patient.

At 5:00am (June 14), Mr. Mathis informed me that another patient was coming and he assigned the patient to me. I informed him that I was working with 11 patients and the other techs had 9 patients. I asked if he could assigned the additional patient to one of the other techs. Mr. Mathis demand that I see the additional patient. At this time, I was working with a total of 12 patients while the other techs still had 9 patients.

Around 5:45am (June 14), I was in the middle of prepping a patient for surgery. Mr. Mathis came in and

requested that I assist another patient that was under the care of a male tech (Joe Ferman). You asked if Ms. Lowe could assist the patient, I was in the middle of prepping a patient for surgery and completing another assignment. The male tech (Joe Ferman) stated that the patient preferred to wait to receive assistance (a bath) at a later time. After assignments were completed, I left work at scheduled time.

Alex Mathis feels as if I'm being insubordinate, but I'm not. My experience on the night of June 13 and morning of June 14 were difficult. I felt bullied and mistreated by Pat Lowe and Alex Mathis because of my ethnicity and culture. I really felt uncomfortable, and it was a very hostile working experience for me. The racial remarks and unequal work load was horrifying. I feel as if my job is in jeopardy because of my different ethnicity. This is not my first write up from Mr. Mathis. I feel as if I'm being punished for working, while other don't do as much work.

Let me know if any additional information is needed. I can be reached at **(678) 510-9153**.

Sincerely,

**Desiree Philadelphia**



# EMPLOYEE COUNSELING REPORT

EMPLOYEE NAME: Philadelphia, Desiree

JOB TITLE: RN

DEPARTMENT NAME: 5 Tower - Ortho Surgical Trauma

LOCATION/SITE: Atlanta Medical Center Main Campus

EMPLOYEE #: 69030

DATE ISSUED: Thursday, June 16, 2016

DEPARTMENT #: 2656060250_

ENTERED on 7/13/16
BY: [signature] to HR

**TYPE OF ACTION (CHECK ONE):**
- ☐ Verbal notice
- ☒ First notice and written counseling warning
- ☐ Final notice
- ☐ Discharge

**PERFORMANCE DEFICIENCY:** Insubordination - failure to complete a task given by the Charge Nurse on June 14, 2016.

**SPECIFIC DETAILS:** Desiree was asked to complete a CHG bath for a patient in 577T that did not want a male to bathe her. The charge nurse asked Desiree to complete the bath in room 577T and asked another PCA to complete a bath for Desiree, so it would be even. The bath was not completed. Please see attached.

**SUMMATION:** It is expected that Desiree Philadelphia will work under the supervision of the nurse and the charge nurse and when asked to perform a duty within her scope of practice it should be completed and not refused.

**ACTION TAKEN:** Level of counseling taken is a first notice and written counseling warning. Desiree Philadelphia must adhere to the policy (the policy was discussed with Desiree). Desiree will correct this behavior and perform duties within her scope and practice effective communication. If this does not improve it can lead to further disciplinary action, including termination.

Prepared by: Chutney Sumpter        Title: Nurse Manager

Signature: [signature]               Date: 6/16/16 @ 11:29

Department Head Signature: _____   Date: _____

I HAVE READ AND UNDERSTAND THIS COUNSELING. SIGNATURE OF EMPLOYEE OR WITNESS DOES NOT IMPLY AGREEMENT WITH THE STATEMENT. THE EMPLOYEE IS ENCOURAGED TO INCLUDE COMMENTS ON THE REVERSE SIDE OF THIS DOCUMENT.

Desiree Jordan-Philadelphia         6/16/16
Employee Signature                  Date

[signature]                         6/16/16

Send Original Signed Copy to Human Resources, Provide Photocopy to Manager, Provide Photocopy to Employee

# Gmail

More

COMPOSE

**Inbox (1)**
Starred
Important
Sent Mail
Drafts (23)
Circles

**Personal (55)**
Travel
More

Desiree

Make a call

Also try our mobile apps for Android and iOS

## Incident at Work    Inbox  x

**Desiree Philadelphia** <desireephiladelphia@gmail.com>
to Jerioth

August 31, 2016

Dear Ms. Jerioth Ndirangu

On 8-29-2016, about 8:15 pm, I received a call on the work phone and it was Ms. Olu. She asked me if I was in room 550. I responded that I was taking care of a patient in room 548 I added that when I finished with that patient, I would go into room 550. After finishing with my patient, I entered room 550.
Ms. Olu was there taking the patient off the bed pan because he had just finished a Bowel movement. Ms. Olu proceeded to start yelling at me in a loud voice, expressing he was left on the bed pan at the end of the first shift. So I told her I did not know she continues to yell did you get the report for this patient from the other shift and I said no. I get report only from one tech at the front desk. She did not want to walk and give me report, so there was no report given to me about that patient on that day. At that time Mr. Matte's heard the yelling and came in the patient room to see what was going on. I continue to help take care of the patient in room 550. Afterwards, outside of room 550 Mr. Mattes said that he will assign that patient to someone else. The ways Ms. Olu address me in front of the patient was unprofessional. Ever since Ms. Pat disrespect me and nothing was done about it. Now everybody think it's ok to speak and treat me however they please.

Sincerely,

Desiree Jordan-Philadelphia

**Ndirangu, Jerioth**
Thank you Desiree, for the statement, we will address these issues. Please no...

**Desiree Philadelphia**
Forwarded conversation Subject: Incident at Work ———————— Fro...

**Desiree Philadelphia** <desireephiladelphia@gmail.com>
to kodm

Sent from my iPhone

Begin forwarded message: