IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DESIREE JORDAN-PHILADELPHIA,    :
                                       :
      Plaintiff,                   :
                                         :
v.                                       :      CIVIL ACTION NO.
                                         :      1:16-CV-4142-LMM-LTW
PAT LOWE, ATLANTA MEDICAL       :
CENTER WELLSTAR,                   :
                                         :
      Defendant.               :

## ORDER

This matter is before the Court on the Magistrate Judge's Report and Recommendation ("R&R") [5]. No objections have been filed in response to the R&R. Therefore, in accordance with 28 U.S.C. § 636(b)(1) and Rule 72 of the Federal Rules of Civil Procedure, the Court has reviewed the R&R for clear error and finds none. Accordingly, the Court **ADOPTS** the R&R as the opinion of the Court. Plaintiff's Complaint is **DISMISSED, without prejudice** for failure to serve. Fed. R. Civ. P. 4(m).

**IT IS SO ORDERED** this 5th day of July, 2017.

**Leigh Martin May**
**United States District Judge**