**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| DESIREE JORDAN-PHILADELPHIA,<br><br>               Plaintiff<br><br>vs.<br><br>PAT LOWE, et al,<br><br>               Defendants | CIVIL ACTION FILE<br><br>NO. 1:16-cv-4142-LMM |

## J U D G M E N T

This action having come before the court, Leigh Martin May, United States District Judge, for consideration of the magistrate's report and recommendation, and the court having adopted the same, it is

**Ordered and Adjudged** that the action be **DISMISSED** for failure to serve.

Dated at Atlanta, Georgia this 5th day of July, 2017.

                                          JAMES N. HATTEN
                                          CLERK OF COURT

                              By:   s/ Harry F. Martin
                                        Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
   July 5, 2017
James N. Hatten
Clerk of Court

By: s/ Harry F. Martin
      Deputy Clerk